**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| DANIEL ALAN DODSON, Individually | § | |
| and as Next Friend of KATHERYN SCOTT | § | |
| DODSON, a Minor Child; and | § | |
| SERRAH HOLLIS DODSON, | § | |
|     Plaintiffs, | § | |
| | § | CIVIL NO. 2:20-CV-00178 |
| v. | § | (jury demanded) |
| | § | |
| PAYTON SAIGE METCALF, and | § | |
| ALFA CORPORATION d/b/a | § | |
| ALFA INSURANCE, | § | |
|     Defendants. | | |

**UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant PAYTON SAIGE METCALF and files this Unopposed Motion for Entry of Final Judgment and would show the court the following:

I.

On May 24, 2021, the parties appeared before the court for the Settlement Conference (Doc. 51). It was announced that a settlement agreement had been reached to resolve any and all claims held by Plaintiffs against Defendants, all as more fully described in the Compromise Settlement Agreement and Full Release of All Claims between Plaintiffs and Defendants. The terms of the settlement were presented to the Court, and it was represented to the Court that DANIEL ALAN DODSON, Individually and as Next Friend of KATHERYN SCOTT DODSON, a Minor Child; and SERRAH HOLLIS DODSON are in agreement with the terms of the settlement referenced herein and appropriately situated and authorized to enter into the settlement on their behalf.

It was further represented to the Court by Kurt Truelove, Guardian Ad Litem that the Guardian Ad Litem has properly and diligently represented the interests of said Minor in recommending approval of the settlement pursuant to the terms set out in the Compromise

Settlement Agreement and Full Release of All Claims. Having reviewed the report of the Guardian Ad Litem, the Court approved the settlement.

II.

Accordingly, Defendant PAYTON SAIGE METCALF files this Unopposed Motion for Entry of Final Judgment per the proposed Final Judgment attached hereto as an exhibit.

III.

**<u>CERTIFICATE OF CONFERENCE</u>**

The undersigned counsel has conferred with all counsel of record, and all parties are in agreement with this Motion and the proposed Final Judgment.

Respectfully submitted,

        /s/ Michael C. Lawrence
Michael C. Lawrence
SBN: 00784453
Law Offices of Gallerson & Yates
8070 Park Lane, Suite 200
Dallas, TX 75231
TEL: 469-242-8953
FAX: 855-614-6695
irvinglegalmail@libertymutual.com
michael0949.lawrence@libertymutual.com
ATTORNEY FOR DEFENDANT
PAYTON SAIGE METCALF

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document has been served in accordance with the Federal Rules of Civil Procedure on this 1st day of June 2021 upon the following counsel of record:

**Email: eservice@ cvpalaw.com**
      **cclark@cvpalaw.com**
      **jake@cvpalaw.com**
Collen A. Clark
Jacob L. von Plonski
Clark Von Plonski Anderson
3500 Maple Avenue, Suite 1250
Dallas, Texas 75219
*Counsel for Plaintiffs*

**Email: josh@joshmaness.com**
Josh B. Maness
Law Office of Josh B. Maness
480 West Texas Avenue
Waskom, Texas 75692-9274
*Counsel for Plaintiffs*

**Email: bhoward@hdbtyler.com**
Brent Howard, P.C.
Brent Howard
100 E. Ferguson, Suite 808
Tyler, Texas 75702
*Counsel for Defendant Alfa Insurance*

      /s/ Michael C. Lawrence
Michael C. Lawrence

**UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT**                    **PAGE 3**