IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DANIEL A. DODSON, KATHERYN S. DODSON, and SERRAH H DODSON, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Case No. 2:20-cv-00178-RSP |
| PAYTON S. METCALF and ALFA CORPORATION d/b/a ALFA INSURANCE | § § § § | |
| *Defendants*. | § § | |

## FINAL JUDGMENT

Before the Court is the Unopposed Motion for Entry of Final Judgment filed by Defendant Payton Saige Metcalf. **Dkt. No. 52**. Metcalf's Motion seeks entry of a proposed final judgment in accordance with the Compromise and Settlement Agreement and Full Release of All Claims between Plaintiffs and Defendants approved by the Court at the May 24, 2021 Settlement Hearing.

On May 24, 2021, came on to be heard the above-entitled and numbered cause, when came Daniel Alan Dodson, Individually and as Next Friend of Katheryn Scott Dodson, a Minor Child; and Serrah Hollis Dodson (collectively, "Plaintiffs"); and Payton Saige Metcalf and Defendant ALFA Corporation d/b/a ALFA Insurance (collectively, "Defendants"); by and through their respective attorneys of record.

It was announced that a settlement agreement had been reached to resolve any and all claims held by Plaintiffs against Defendants, all as more fully described below and as referenced and set forth in the Compromise Settlement Agreement and Full Release of All Claims between Plaintiffs and Defendants. The Compromise Settlement Agreement and Full Release of

All Claims between Plaintiffs and Defendants are in full settlement of all of Plaintiffs' claims asserted against or which could have been asserted against Defendants as a result of the occurrence sued upon herein or which could have been sued upon in this lawsuit.

The terms of the settlement were presented to the Court at a hearing on this day, and the Court has reviewed the terms of the parties' Compromise Settlement Agreement and Full Release of All Claims. It was represented to the Court, and the Court so finds, that Daniel Alan Dodson, Individually and as Next Friend of Katheryn Scott Dodson, a Minor Child; and Serrah Hollis Dodson are in agreement with the terms of the settlement referenced herein and appropriately situated and authorized to enter into the settlement on their behalf.

It was further represented to the Court by Kurt Truelove, Guardian Ad Litem, and the Court so finds, that the Guardian Ad Litem has properly and diligently represented the interests of said Minor in recommending approval of the settlement pursuant to the terms set out in the Compromise Settlement Agreement and Full Release of All Claims.

It was announced that there is considerable disagreement and controversy as to the existence of liability of Defendants for any amount of damages, and that there is further doubt, disagreement and controversy as to the amount of liability, if any, as well as to the nature, severity, degree and duration of the injuries and losses alleged to have been suffered as a result of the matters made the basis of this lawsuit. It was further announced that the settlement was being made of doubtful and disputed claims, Defendants having denied any liability.

The settlement having been made known to the Court, the Court thereupon called for evidence bearing upon the same, and after hearing and reviewing all of the evidence pertaining to the matters involved herein, reviewing and approving the Compromise Settlement Agreement and Full Release of All Claims between Plaintiffs and Defendants, the Court is of the opinion that the

terms of the settlement are in the best interest of the Minor, and the Court does hereby approves the same. The Court further approves the Compromise Settlement Agreement and Full Release of All Claims between Plaintiffs and Defendants as binding and conclusive in all respects of all claims and causes of action against Defendants made or which could have been made, arising out of the events sued upon herein.

After due consideration, the Court **GRANTS** Metcalf's Motion. It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that Daniel Alan Dodson, Individually is duly authorized and empowered to settle the claims of the Katheryn Scott Dodson, a Minor Child, as the guardian and proper legal representative of Katheryn Scott Dodson, a Minor Child.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that the settlement between Plaintiffs and Defendants as documented in the Compromise Settlement Agreement and Full Release of All Claims is fair, reasonable and supported by good and valuable consideration, which is expressly set out in the Compromise Settlement Agreement and Full Release of All Claims between Plaintiffs and Defendants.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that Defendants shall remit payment to Plaintiffs according to the terms set forth in the Compromise Settlement Agreement and Full Release of All Claims executed by the parties within fourteen (14) calendar days after the court signs this Final Judgment for entry and receipt by Defendants of the fully executed Compromise Settlement Agreement and Full Release of All Claims.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that the Plaintiffs recover from the Defendants and the Defendants shall pay according to the terms set forth in the Compromise Settlement Agreement and Full Release of All Claims executed by the parties. Furthermore, the settlement funds for the Minor Child shall first be paid to "Collen A. Clark PC IOLTA, In trust for

Daniel Alan Dodson as Next Friend of Katheryn Scott Dodson." After satisfaction of any medical bills for said Minor Child, the balance shall be paid into the registry of the court until such time the Minor Child turns 18 years old.

All sums set forth in the Compromise Settlement Agreement and Full Release of All Claims constitute damages on account of personal physical injuries and personal physical sickness in a case involving personal physical injury or personal physical sickness, within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended (the "Code") and no portion of those sums represent pre-judgment interest, post-judgment or punitive damages.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims and causes of action ever asserted in this Cause by the Plaintiffs and/or by or on behalf of the Minor against Defendants and their respective agents and/or employees only, are hereby dismissed with prejudice and that Defendants and their respective agents, and/or employees are fully and finally released and discharged from any and all liability and damages as to the Plaintiffs and Minor.

It is further **ORDERED** by the Court that the Guardian Ad Litem previously identified herein is hereby awarded a reasonable fee, which shall be taxed as costs against Defendants in the amount of $8,155.00 of which Defendant Metcalf shall pay $7,339.50 and Defendant Alfa Insurance shall pay $815.50. It is further **ORDERED** that all other costs be taxed against the party incurring same, for which execution may issue, and that all other relief requested that is not specifically granted herein is hereby denied.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that the Guardian Ad Litem is discharged from further obligations or duties as Guardian Ad Litem in this matter as it pertains to the claims between Plaintiffs and Defendants.

This is a final judgment that disposes of all parties and all claims and is appealable.

**SIGNED this 3rd day of June, 2021.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE