**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| DANIEL A. DODSON, ET AL. | § § | |
| v. | § § | Case No. 2:20-CV-0178-RSP |
| PAYTON S. METCALF, ET AL. | § | |

**ORDER**

Before the Court is the Motion/Request to Release Funds on behalf of Katheryn Dodson. **Dkt. No. 55.** After due consideration and confirming that Katheryn Dodson has reached the age of 18, the Court **GRANTS** the motion. Accordingly, the Clerk of Court is directed to mail to Ms. Dodson, at the address in her motion, all funds, together with accumulated interest, held on her behalf in the registry of the Court.

**SIGNED this 21st day of October, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE